ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
Social Security Administration
Program Litigation 1
Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4818
Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:26-cv-03279-ICD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint is currently due November 16, 2026. Defendant has not previously requested an extension of this deadline.

2. In the process of preparing the electronic certified administrative record (eCAR) in this case for filing, it became apparent that there were issues raised in this case that needed to be further considered by the client prior to filing a response to Plaintiff's complaint or filing the electronic certified administrative record (eCAR) in this case. An extension of 30 days, until December 16th, should give sufficient time to finalize the Defendant's responsive filing or the filing of eCAR in this case.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that they have no objections.

4. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until December 16, 2026, respond to Plaintiff's Complaint.

` Respectfully submitted,

Date: *November 17, 2026*

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1

By: *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ de LLANO
Special Assistant United States Attorney
Attorneys for Defendant

Date: *November 17, 2026*

By: *s/ Josephine Mary Gerrard*
Josephine Mary Gerrard
Gerrard Law Offices
Attorney for Plaintiff
(*as authorized by email)

ORDER

APPROVED AND SO ORDERED.

Dated: November 17, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE